IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 7:19-466 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| RODNEY LAMONT SMITH | ) | |
| a/k/a "Migo" | | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, RODNEY LAMONT SMITH, a/k/a "Migo," as requested by the United States Attorney. The amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

s/ Kevin F. McDonald
_____
UNITED STATES MAGISTRATE JUDGE

Greenville, South Carolina
May 14, 2019

I SO MOVE:

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: _____
Sloan P. Ellis (#10436)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Telephone: (864) 282-2100
Email Address: Sloan.Ellis@usdoj.gov